# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**147**

**KA 10-01907**

PRESENT: SMITH, J.P., CARNI, SCONIERS, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, APPELLANT,

V                                                                    ORDER

WILLIAM REED, DEFENDANT-RESPONDENT.

---

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (VICTORIA M. WHITE OF COUNSEL), FOR APPELLANT.

LINDA GEHRON, SYRACUSE, FOR DEFENDANT-RESPONDENT.

---

Appeal from a new sentence of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered February 11, 2010 imposed upon defendant's conviction of criminal possession of a controlled substance in the third degree. Defendant was resentenced pursuant to the 2009 Drug Law Reform Act upon his 2003 conviction.

It is hereby ORDERED that the sentence so appealed from is unanimously affirmed (*see People v Hill*, ___ AD3d ___ [Feb. 18, 2011]).

Entered: February 18, 2011                          Patricia L. Morgan
                                                    Clerk of the Court